IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00828-RPM-BNB

NOT 1 MORE ACRE!,
JEAN AGUERRE,
MACK LOUDEN, and
JAMES E. HERRELL,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE ARMY,
ROBERT M. GATES, United States Secretary of Defense,
PETE GEREN, Secretary of the United States Department of the Army, and
CRAIG E. COLLEGE, United States Army Deputy Assistant Chief of Staff for
Installation Management,

      Defendants.
_____

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

      This matter comes before the Court upon Plaintiffs' Unopposed Motion
to Amend Scheduling Order. Pursuant to the Scheduling Order [Doc. 13],
Plaintiffs' Opening Brief is due by November 17, 2008, Defendants'
Consolidated Response Brief/Motion to Dismiss is due by December 15, 2008,
Plaintiffs' Reply Brief/Response to Motion to Dismiss is due by January 14,
2009, and Defendant's Reply Brief on Motion to Dismiss is due by February
11, 2009.

The Scheduling Order may only be altered or modified upon a showing of good cause. The parties have resolved all pending issues with respect to the content of the Administrative Record, and Defendants have agreed to supplement the Administrative Record with certain documents that have not yet been received by Plaintiffs. In light of these circumstances, there is good cause for extending the briefing schedule by approximately one month. No previous extensions have been obtained by any party in this case.

Therefore, section 7(i)(4) - (7) of the Scheduling Order shall be modified to reflect the following revised briefing schedule:

(4) Plaintiffs' Opening Brief: December 19, 2008

(5) Defendant's Consolidated Response Brief/Motion to Dismiss January 16, 2009

(6) Plaintiffs' Reply Brief/Response to Motion to Dismiss: February 13, 2009

(7) Defendants' Reply Brief on Motion to Dismiss: March 13, 2009

Dated:   November 6th, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge