IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00828-RPM

NOT 1 MORE ACRE!, a Colorado non-profit corporation,
JEAN AGUERRE,
MACK LOUDON, and
JAMES E. HERRELL,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE ARMY,
ROBERT M. GATES, United States Secretary of Defense,
PETE GEREN, Secretary of the United States Department of the Army, and
CRAIG E. COLLEGE, United States Army Deputy Assistant Chief of Staff for Installation
Management,

      Defendants.

_____

ORDER

_____

      Upon consideration of the Federal Defendants' Motion for Leave to File Surreply to

Plaintiffs' Reply Brief, or, in the Alternative to Strike Extra-Record Materials [31], filed on March

3, 2009, it is

      ORDERED that the motion is granted and the surreply attached thereto is accepted for

filing.

      Dated:   March 13th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

      .                                  Richard P. Matsch, Senior District Judge