IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00828-RPM

NOT 1 MORE ACRE!, a Colorado non-profit corporation,
JEAN AGUERRE,
MACK LOUDON, and
JAMES E. HERRELL,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE ARMY,
ROBERT M. GATES, United States Secretary of Defense,
PETE GEREN, Secretary of the United States Department of the Army, and
CRAIG E. COLLEGE, United States Army Deputy Assistant Chief of Staff for Installation
Management,

      Defendants.

---

## ORDER GRANTING MOTION TO FILE SUR-SURREPLY

---

Upon consideration of the Plaintiffs' Motion for Leave to File Sur-Surreply to Plaintiffs'

[34], filed on March 20, 2009, it is

ORDERED that the motion is granted and Plaintiffs' Sur-Surreply attached thereto is

accepted for filing.

Dated:   March 23rd, 2009

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

    .                        Richard P. Matsch, Senior District Judge