IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08CV828-RPM

NOT 1 MORE ACRE!, a Colorado non-profit corporation,
JEAN AGUERRE,
MACK LOUDON, and
JAMES E. HERRELL,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE ARMY,
ROBERT M. GATES, United States Secretary of Defense,
PETER GEREN, Secretary of the United States Department of the Army, and
CRAIG E. COLLEGE, United States Army Deputy Assistant Chief of Staff for Installation Management,

        Defendants.

## ORDER WITHDRAWING DEFENDANTS' NOTICE OF APPEAL

Upon consideration of Defendants' Unopposed Motion to Voluntarily Dismiss Appeal [51], it is

ORDERED, that Defendants' Notice of Appeal filed on November 9, 2009, is withdrawn.

DATED this 18th day of November, 2009.

        s/Richard P. Matsch
        _____
        RICHARD P. MATSCH
        United States District Court Senior Judge