IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00828-RPM

NOT 1 MORE ACRE!, a Colorado non-profit corporation,
JEAN AGUERRE,
MACK LOUDON, and
JAMES E. HERRELL,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE ARMY,
ROBERT M. GATES, United States Secretary of Defense,
PETE GEREN, Secretary of the United States Department of the Army, and
CRAIG E. COLLEGE, United States Army Deputy Assistant Chief of Staff for Installation Management,

    Defendants.

_____

### ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT
_____

    Pursuant to the document entitled Stipulated Final Consent Judgment [66] filed on May 14, 2010, it is

    ORDERED that the plaintiffs are awarded the sum of $200,000.00 in settlement of Plaintiffs' claims for attorney's fees, costs, and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), made payable to "Stephen D. Harris, Attorney at Law," and mailed to plaintiff's counsel.

    Dated:   May 17th, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge