IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-828-RPM

NOT 1 MORE ACRE!, a Colorado non-profit corporation,
JEAN AGUERRE,
MACK LOUDEN, and
JAMES E. HERRELL,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE ARMY,
ROBERT M. GATES, United States Secretary of Defense,
JOHN MCHUGH, Secretary of the United States Department of the Army, and
CRAIG E. COLLEGE, United States Army Deputy Assistant Chief of Staff for Installation Management,

        Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

        Pursuant to Defendants' Unopposed Motion to Amend Order Awarding Attorney's Fees Under the Equal Access to Justice Act [68], it is

        ORDERED that the Court's Order Awarding Attorney's Fees Under the Equal Access to Justice Act (Dkt. 67) is hereby amended to allow the $200,000.00 awarded to Plaintiffs to be paid electronically into an account maintained by the law firm for Plaintiff's counsel rather than by a check mailed to Plaintiff's counsel.

        Dated: May 20th, 2010

                                            BY THE COURT:
                                            s/Richard P. Matsch

                                            Richard P. Matsch, Senior District Judge